# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-0459
LT Case No. 16-2019-CA-002324

_____

STATE FARM FLORIDA
INSURANCE COMPANY,

Appellant,

v.

DEBBIE MCCLENDON,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Katie L. Dearing, Judge.

C. Ryan Jones, Scot E. Samis, and Brandon R. Christian, of
Traub Lieberman Straus & Shrewsberry, LLP, St. Petersburg, for
Appellant.

Mark A. Nation, of The Nation Law Firm, LLP, Longwood, for
Appellee.

October 3, 2023

PER CURIAM.

AFFIRMED.

LAMBERT, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____